# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHANE R. DAVIS, et al.          :
                                :
          Plaintiffs,           :   CIVIL ACTION
                                :
    vs.                         :   No. 10-cv-2119
                                :
JOHN R. FREDERICK, M.D., et al. :
                                :
          Defendants.           :

## ORDER

AND NOW, this 9th day of September, 2010, upon consideration of Defendant Ephrata Community Hospital's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) or, in the alternative, Motion for a More Definite Statement Pursuant to Fed. R. Civ. P. 12(e) (Doc. No. 4) and the Response of Plaintiffs thereto (Doc. No. 10), it is hereby ORDERED that, for the reasons set forth in the attached Memorandum, the Motion is DENIED and:

1) The motion to strike allegations of corporate negligence against Defendant is DENIED.

2) The motion to strike allegations based on actions of unnamed employees, agents, ostensible agents, and other individuals is DENIED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.